## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **Latonia Black,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO. 1:24-CV-00229-KD-N** |
| | ) |
| **Royal American Management,** | ) |
| **Anna Burdine, and** | ) |
| **Hallmark Mobile L.P.,** | ) |
| **Defendants.** | ) |

## <u>ORDER</u>

Before the Court are two competing motions: Plaintiff's Motion for Discovery Compliance (Doc. 18) and Defendants' Motion to Stay Discovery (Doc. 19), both filed on October 28, 2024.[1] The assigned District Judge referred these filings to the undersigned Magistrate Judge for appropriate action pursuant to 28 U.S.C. § 636(a)-(b), Federal Rule of Civil Procedure 72 and S.D. Ala. GenLR 72(a)-(b). (10/28/2024 elec. ref.).

Upon due consideration, Defendants' Motion to Stay (Doc. 19) is **DENIED**.[2] Plaintiff's Motion for Compliance (Doc. 18) is **GRANTED**, in accordance with the Federal Rules of Civil Procedure and the forthcoming

---

[1] Defendants filed a response (Doc. 20), followed by Plaintiff's reply on November 1, 2024 (Doc. 22). Plaintiff filed a response opposing the Motion to Stay on October 28, 2024 (Doc. 21).

[2] The undersigned's Report and Recommendation for partial dismissal is pending before the assigned District Judge (Doc. 23). Regardless of the outcome, all Defendants remain named parties in the complaint.

Preliminary Scheduling Order.

**DONE** and **ORDERED** this the 6th Day of November 2024.

/s/ *KATHERINE P. NELSON*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE**
**JUDGE**